# PROOF OF SERVICE

## STATE OF MINNESOTA, COUNTY OF DAKOTA

    I am a resident of the County aforesaid. I am over the age of 18 years and not a party to the within entitled action. My business employment address is
        2600 Eagan Wood Drive, Suite 400, Eagan, Minnesota 55121
    On the date indicated immediately above my signature below, I served the foregoing documents described as:
1. COMPLAINT AND SUMMONS;
2. A SETTLEMENT OFFER AND ACCEPTANCE FORM
3. NOTICE OF DISPUTE RESOLUTION ALTERNATIVES
4. ADDITIONAL INSTRUCTIONS RE: DEFENSE / EXTENSIONS;

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Eagan, Minnesota, addressed as follows:

<u>Registered Agent for Defendant</u> **[via Certified Mail 7010 2780 0001 6500 0807]**
CT Corporation System
818 W. 7th Stret
Los Angeles, CA  90017

<u>Defendant</u> **[via Certified Mail 7010 2780 0001 6500 0814]**
Takashi Miyamoto, Principal
Hitachi Chemical Company America, Ltd.
10080 North Wolfe Road, Suite SW3-200
Cupertino, CA  95014

☐ By Regular Mail - I caused such envelope with first class postage thereon, fully prepaid to be placed in the United States mail.

☒ Certified Mail (return receipt requested) with first class postage thereon, to be mailed in the United States mail.

I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed at Eagan, Minnesota on March 10, 2011.

_____
Jennifer Hepola, Declarant
Laurie N. Porten, Declarant
No: SPNHIT001 Stat: - Answ: /*